UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use of LIGHTING AND POWER SERVICES, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:07 CV 1144 DDN |
| INTERFACE CONSTRUCTION CORPORATION, HENDERSON ELECTRICAL SYSTEMS, LLC, and WESTERN SURETY CO., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that, on August 27, 2007, at 10:00 a.m., the court will conduct a hearing on the motion of defendant Interface Construction Corporation to dismiss and to compel arbitration (Doc. 4).

/S/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on July 31, 2007.