# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LIGHTING & POWER SERVICES, INC., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV01144 ERW |
| ) | |
| INTERFACE CONSTRUCTION ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity from Defendant Henderson Electrical Systems, LLC, since return of service on said Defendant.

**IT IS HEREBY ORDERED** that Plaintiffs shall file, no later than **April 30, 2008**, appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Dated this 15th day of April, 2008.

/s/ E. Richard Webber
_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE