UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LIGHTING & POWER SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV01144 ERW |
| ) | |
| INTERFACE CONSTRUCTION ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Motion to Stay Proceedings [doc. #61]. A Rule 16 conference was set for September 5, 2008, and after the Motion to Stay Proceedings was filed, the Court issued a docket text order stating that the Motion to Stay Proceedings would "be addressed on September 5, 2008, at 8:00 a.m. prior to the previously scheduled Rule 16 Conference." Counsel for Defendants appeared for this hearing, and the Court heard arguments from Defendants on the pending Motion, however, Plaintiff's counsel failed to appear.

The Court agrees that it is in the interest of judicial economy and the Parties' resources for this action to be stayed pending the Eighth Circuit's consideration of Defendant's interlocutory appeal.

**IT IS HEREBY ORDERED** that Motion to Stay Proceedings [doc. #61] is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall Show Cause no later than **September 15, 2008**, why this Cause shall not be dismissed for failure to abide by Orders of this Court and appear on this date for the previously scheduled Rule 16 Conference and Hearing on Defendant's Motion to Stay.

So Ordered this 5th Day of September, 2008.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE